ACCEPTED
15-25-00152-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/9/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00152-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/9/2025 4:53:52 PM
CHRISTOPHER A. PRINE
~~Clerk~~

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT
## AT AUSTIN

IN RE FRANCES SPANOS SHELTON,

*Relator.*

On Mandamus from the 414th District Court
of McLennan County, Texas, Cause No. 2024-3035-5

**RELATOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STAY THE PETITION FOR WRIT OF MANDAMUS**

Relator Frances Spanos Shelton files this unopposed motion for extension of time to file her Response to Real Party in Interest's Vernon Leuschner, as Durable Power of Attorney for Katherine Leuschner, Motion to stay the Petition for Writ of Mandamus requesting an additional 21 days—*i.e.*, until **November 10, 2025**—and would respectfully show the Court as follows:

1.     Real Party in Interest's Motion was filed October 8, 2025.

2.     Relator's response is currently due October 20, 2025.

3.     Relator respectfully requests a 21-day extension of time to file her brief, moving the deadline to November 10, 2025.

1

4. The undersigned counsel seeks this extension due to his existing heavy workload and briefing deadlines, including but not limited to, the following:

   A. Petitioners' Reply Brief on the Merits in Cause No. 24-1034; *Debra Morris, Individually, and as Representative of the Estate of Kenneth W. Morris, et al., v. Old Republic Insurance Company,* in the Texas Supreme Court. The brief is due October 31, 2025.

   B. Petition for Review in Cause No. 04-25-00052-CV; *In re Jordyn Ellis,* in the Fourth District Court of Appeals, San Antonio, Texas. The petition is due November 7, 2025.

Counsel Rick Thompson is currently out of the country on vacation and provided this Court notice of the vacation on June 24, 2025. Since Mr. Thompson is the lead attorney handling the appeal and briefing, he requests an additional twenty-one days to review the motion and analyze the issues to be addressed so that they may be clearly and concisely presented to this Court.

5 This is Relator's first request for an extension of time to file her response.

6. This request is not being filed solely for the purposes of delay, but in order that justice may be served.

**PRAYER**

For these reasons, Relator respectfully requests that this Court grant her motion and extend the time to file Relator's response to **November 10, 2025**.

Respectfully submitted,

By: */s/Kirk Pittard*
Kirk L. Pittard
State Bar No. 24010313
Rick Thompson
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000
(214) 946-8433 (fax)

Craig D. Cherry
State Bar No. 24012419
ccherry@cjsjlaw.com
Ryan C. Johnson
State Bar No. 24048574
rjohnson@cjsjlaw.com
Scott H. James
State Bar No. 24037848
sjames@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
(254) 732-2242
(866) 627-3509 (fax)
**COUNSEL FOR RELATOR**

## CERTIFICATE OF CONFERENCE

On October 9, 2025, the undersigned counsel communicated with Mr. Andy McSwain, counsel for Real Party in Interest Vernon Leuschner, regarding the substance of this motion, and he graciously stated that he and his client were not opposed to the relief requested in this motion.

/s/ Kirk Pittard
**Kirk Pittard**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, a true and correct copy of the foregoing *Unopposed Motion for Extension* was served on the following counsel of record via electronic service, pursuant to the Texas Rules of Appellate Procedure.

Jim Dunnam
jimdunnam@dunnamlaw.com
Andrea Mehta
andreamehta@dunnamlaw.com
Mason Vance Dunnam
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710

***Attorneys for Real Parties Robert Spanos, Chrisopher Spanos, and Nicole Spanos***

The Honorable Judge Ryan Luna
414th Judicial District Court
501 Washington Avenue
Suite 307
Waco, Texas 76701
414th@mclennan.gov
***Respondent***

Andy McSwain
mcswain@thetexasfirm.com
Mark E. Firmin
mfirmin@thetexasfirm.com
BEARD KULTGEN BROPHY BOSTWICK & DICKSON PLLC
220 South 4th Street
Waco, Texas 76701

***Attorneys for Real Party Vernon Leuschner***

Aubrey R. Williams
Law Office of Aubrey R. Williams
P.O. Box 20156
Waco, Texas 76702
aubreyw9000@yahoo.com
***Appointed Receiver***


*/s/ Kirk Pittard*
Kirk Pittard

**No. 15-25-_____-CV**

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AT HOUSTON

IN RE FRANCES SPANOS SHELTON,

*Relator.*

On Mandamus Relief from the 414th District Court
of McLennan County, Texas, Cause No. 2024-3035-5

**APPENDIX IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS**

| Tab | Document |
| --- | --- |
| A | March 31, 2025, Order Appointing Receiver |
| B | The Dorothy Spanos Living Trust |
| C | The First Amendment to The Dorothy Spanos Living Trust |
| D | Application for Appointment of Temporary Administrator and of a Trust Advisor |
| E | March 8, 2022, Order Appointing Temporary Administrator and Trust Advisor and Authorizing Issuance of Letters of Administration |
| F | May 18, 2022, Agreed Order Approving the Discharge of Temporary Administrator and Termination of Temporary Administration |
| G | September 1, 2022, Agreed Order to Extend the Appointment of the Trust Advisor of the Dorothy Spanos Living Trust |
| H | Judge Stem's May 3, 2023, Letter Removing Frances Shelton as Trustee of the Dorothy Spanos Trust |

| Tab | Document |
| --- | --- |
| I | Plaintiff's Verified Original Petition and Request for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction |
| J | John Malone February 24, 2025, Letter to Judge Stem Resigning as Trustee |
| K | Motion to Appoint Receiver *and* Robert Lee Spanos, Christopher Blake Spanos and Kathryn Nicole Lawrie's Joinder to Motion to Appoint Receiver |
| L | March 4, 2025, Hearing Transcript on Motion to Appoint Receiver and Motion to Re-Affirm and/or Designate Trustee of the Dorothy Spanos Living Trust |
| M | Ms. Leuschner's Application to Probate Ms. Spanos's Will and for Appointment of Temporary Administrator |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of Kirk Pittard
Bar No. 24010313
efile@dpslawgroup.com
Envelope ID: 106676378
Filing Code Description: Motion
Filing Description: Relator's Unopposed Mtn for Extension to File Resp to Mtn to Stay PWM
Status as of 10/9/2025 5:03 PM CST

Associated Case Party: FrancesSpanosShelton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kirk Pittard | | kpittard@dpslawgroup.com | 10/9/2025 4:53:52 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 10/9/2025 4:53:52 PM | SENT |
| Ryan Johnson | 24048574 | rjohnson@cjsjlaw.com | 10/9/2025 4:53:52 PM | SENT |
| Scott James | 24037848 | sjames@cjsjlaw.com | 10/9/2025 4:53:52 PM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 10/9/2025 4:53:52 PM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 10/9/2025 4:53:52 PM | SENT |
| Michala Quillen | 24133047 | kquillen@cjsjlaw.com | 10/9/2025 4:53:52 PM | SENT |

Associated Case Party: Vernon Leuschner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah Rowell | | Rowell@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |
| Ashley Snyder | | Snyder@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |
| Kiley Coats | | coats@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |
| Sameer AHashmi | | hashmi@thetexasfirm.com | 10/9/2025 4:53:52 PM | SENT |

Associated Case Party: Robert Spanos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrea Mehta | 24078992 | andreamehta@dunnamlaw.com | 10/9/2025 4:53:52 PM | SENT |
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 10/9/2025 4:53:52 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of Kirk Pittard
Bar No. 24010313
efile@dpslawgroup.com
Envelope ID: 106676378
Filing Code Description: Motion
Filing Description: Relator's Unopposed Mtn for Extension to File Resp to Mtn to Stay PWM
Status as of 10/9/2025 5:03 PM CST

Associated Case Party: Robert Spanos

| | | | | |
|---|---|---|---|---|
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 10/9/2025 4:53:52 PM | SENT |
| Mason Dunnam | 24108079 | masondunnam@dunnamlaw.com | 10/9/2025 4:53:52 PM | SENT |

Associated Case Party: Hon. Judge Ryan Luna

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Hon. Judge Ryan Luna | | 414th@mclennan.gov | 10/9/2025 4:53:52 PM | SENT |

Associated Case Party: Aubrey Williams

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Aubrey Williams | 21512500 | aubreyw9000@yahoo.com | 10/9/2025 4:53:52 PM | SENT |